UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

EMMANUEL ORDING and
MICHELLE STEWART,
          Plaintiff,

v.    CIVIL ACTION
    NO.  10-10670-MBB

BANK OF AMERICA, N.A.,
          Defendant.

## ORDER OF DISMISSAL

January 20, 2012

**BOWLER, U.S.M.J.**

     The court having been advised by the parties filing a Stipulation of Dismissal, that the above-entitled action has been settled:

It is **ORDERED** that this action is hereby **DISMISSED** with prejudice and without costs.  Upon good cause shown, any party may move to reopen the action within sixty (60) days if settlement is not consummated.

                        /s/ Marianne B. Bowler
                        MARIANNE B. BOWLER
                        United States Magistrate Judge